IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   TDC 15-0332 |
| | * | |
| BORIS RUBIZHEVSKY | * | |

******

## WAIVER OF INDICTMENT

I, ____Boris Rubizhevsky_____, the above named defendant, who is accused of:

**18 U.S.C. § 1956(h) MONEY LAUNDERING CONSPIRACY**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 15, 2015_____ *(date)* prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
Judicial Officer